

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

August 4, 2025

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Email: diana@seolawgroup.com

The request for an extension to August 11, 2025, is granted.

**VIA ECF**

Date: 8/6/25

Hon. Judge Lewis J. Liman
United States District Court Southern District of New York
500 Pearl St
New York, NY 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: **Toxqui et al v. R&P Pizza Corp., d/b/a D'Angelo's Pizzeria and Restaurant, et al**.
Case No.: 1:24-cv-03339-LJL

Dear Judge Liman:

This office represents the Defendants in the above-referenced matter. Defendants respectfully submit this letter-motion to request a brief one-week extension, through **August 11, 2025**, to file their reply to Plaintiffs' response to Defendants' cross-motion. Counsel apologizes to the Court for not making this request sooner, but she finds it necessary due to staffing issues, limited resources and availability, and conflicting schedules that have impacted her ability to prepare the reply.

Pursuant to Section 1.D. and Section 2.K. of Your Honor's Individual Rules, Defendants state the following:

1) The original deadline for Defendants to file their Reply to Plaintiffs' Response to Defendants' Cross Motion is August 4, 2025.

2) Four previous requests for extensions in reference to this matter were made, but this is the first time Defendants specifically request extending the deadline to file their Reply to Plaintiffs' Response to Defendants' Cross Motion, *other than* the time that Parties requested changing their briefing schedule on July 2, 2025. (Dkt No. 56)

3) The previous request extending the Parties' briefing schedule specifying Defendants' time to file a reply to August 4, 2025 as reflected below was granted: (See, Dkt Nos. 56, 57).

| **Events** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|

1



# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

| | | |
|---|---|---|
| Defendants file their Opposition to Plaintiff's Motion for Summary Judgment Motion and Defendants' Cross Motion | 7/7/2025 | 7/14/2025 |
| Plaintiffs file their Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment | 7/14 | 7/28/2025 |
| Plaintiffs file their Response to Defendants' Cross Motion | 7/14 | 7/28/2025 |
| Defendants file their Reply to Plaintiff's Response to Defendants' Cross Motion | 7/21/2025 | **8/4/2025** |

4) Defendants' counsel has not yet received a response from Plaintiffs' counsel regarding her intent to consent to this request. However, given that today is the deadline to file a reply, Defendants' counsel found it necessary to submit this request to the Court before the close of business and prior to receiving a response from Plaintiffs' side.

5) The parties' next scheduled appearance before the Court is the final pre-trial conference on October 1, 2025.

Counsel believes that Defendants' request for a one-week extension will not affect the preexisting final pre-trial conference schedule, and that good cause exists for the request (e.g., unexpected issues necessitating additional time to prepare Defendants' reply). Accordingly, Counsel respectfully requests that the Court permit Defendants to file their reply by **August 11, 2025.**

We appreciate the Court's time and continued attention in this matter.

Respectfully Submitted,

Seo Law Group, PLLC
By: _/s/ *Diana Seo*_
Diana Y. Seo, Esq.
*Attorneys for Defendants*

cc: All counsel of record (via ECF)