```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
VERNOICA TOXQUI, et al.,                                             :
                                                                     :
                        Plaintiffs,                                  :
                                                                     :    24-cv-03339 (LJL)
        -v-                                                          :
                                                                     :           ORDER
R&P PIZZA CORP., at al.,                                             :
                                                                     :
                        Defendants.                                  :
                                                                     :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

   The parties are ORDERED to inform the Court by September 12, 2025, whether they consent to a bench trial.

   SO ORDERED.

Dated: August 22, 2025                         _____
       New York, New York                               LEWIS J. LIMAN
                                                     United States District Judge