```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VERONICA TOXQUI, et al.,

                            Plaintiffs,

        -against-

R&P PIZZA CORP., et al.,

                            Defendants.
-----------------------------------------------------------------X

24-CV-3339 (LJL)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Following a settlement conference, the parties consented to my jurisdiction for purposes of approving the settlement agreement. The settlement agreement shall be filed by October 29, 2025, and all other deadlines are adjourned without further date.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     October 24, 2025
                New York, New York