```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VERONICA TOXQUI, et al.,

                Plaintiffs,

-against-

R&P PIZZA CORP., et al.,

                Defendants.

-----------------------------------------------------------------X

24-CV-3339 (LJL)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has received Plaintiffs' letter requesting approval of the Settlement Agreement, which they contend reflects the terms agreed upon by all parties at the settlement conference before me. Plaintiffs acknowledge that Defendants and the third-party Defendant have not yet signed the Settlement Agreement due to outstanding ancillary issues between those two parties but nonetheless ask the Court to approve it because it is consistent with the Term Sheet executed by all parties at the conference. The Court notes that Plaintiff Raul Giron has not signed the Agreement either.

    In the interest of finality, the Court will not approve a Settlement Agreement signed by only one party. By November 20, 2025, the parties are directed to submit a fully executed Settlement Agreement signed by all parties or a status letter proposing next steps toward finalizing the Agreement.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    November 17, 2025
                New York, New York